

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2015

No. 04-15-00214-CV

**IN RE** Juan Miguel **MATA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Rebeca C. Martinez, Justice
     Luz Elena D. Chapa, Justice
     Jason Pulliam, Justice

On April 10, 2015, relator filed a petition for writ of mandamus which was denied in an opinion issued April 29, 2015. Relator filed a supplemental petition for writ of mandamus with a brief in support and additional record materials not provided with the initial mandamus petition on June 15, 2015. Relator complains of the trial court's failure to consider and rule upon pending motions in the underlying proceeding. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the supplemental petition for writ of mandamus in this court no later than July 8, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is DENIED.

It is so **ORDERED** on June 22, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2714, styled *In the Matter of Maria Elena Mata and Juan Miguel Mata*, pending in the County Court, Dimmit County, Texas, the Honorable Francisco G. Ponce presiding.